JOHN C. ULIN (State Bar No. 165524)
john.ulin@aporter.com
EMILIA P.E. MORRIS (State Bar No. 253681)
emilia.morris@aporter.com
JAKE R. MILLER (State Bar No. 273941)
jake.miller@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Attorneys for Philip Morris USA Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br>  Plaintiff, <br><br> vs. <br><br> JOSELINO BRAN LOPEZ, et al., <br><br>  Defendants. | Case No. 5:11-cv-00279-JAK (OPx) <br><br> **NOTICE OF LODGING OF AMENDED [PROPOSED] JUDGMENT AGAINST JOSELINO BRAN LOPEZ INDIVIDUALLY AND DOING BUSINESS AS BRAN TOOLS NEW & USED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Philip Morris USA, Inc., at the direction of the Court during the February 6, 2012 hearing on its application for default judgment, herewith lodges an Amended [Proposed] Judgment against Defendant Joselino Bran Lopez, individually and doing business as Bran Tools New & Used, that contains the language from lines 18 to 22 of paragraph 9 of the Court's October 20, 2011 Amended Judgment Against Alfredo Ulloa and Flor Munoz (Dkt. No. 54).

Dated: February 8, 2012               ARNOLD & PORTER LLP

                                      By: /s/ John C. Ulin
                                          John C. Ulin
                                          Attorneys for Philip Morris USA Inc.

- 2 -
NOTICE OF LODGING OF AMENDED [PROPOSED] JUDGMENT AGAINST JOSELINO BRAN LOPEZ
INDIVIDUALLY AND DOING BUSINESS AS BRAN TOOLS NEW & USED: 5:11-cv-00279-JAK-OP

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On February 8, 2011, I served the foregoing document described as: **NOTICE OF LODGING OF AMENDED [PROPOSED] JUDGMENT AGAINST JOSELINO BRAN LOPEZ INDIVIDUALLY AND DOING BUSINESS AS BRAN TOOLS NEW & USED**

By placing true copies thereof enclosed in sealed envelope(s) addressed to the following person(s)

| | |
|---|---|
| Joselino Bran Lopez<br>9108 Flower Street<br>Bellflower, CA 90706-5608 | Jeffrey S. Weiss<br>Law Offices of Jeffrey S. Weiss<br>4640 Lankershim Blvd., Suite 699<br>North Hollywood, California 91602-1818 |
| Joselino Bran Lopez<br>6804 S. Central Ave.<br>Los Angeles, CA 90001 | |

☒ **BY U.S. MAIL** I enclosed the document(s) in a sealed envelope(s) or package addressed to the person(s) at the address(es) listed above or on the attached service list and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

**VIA COURT NOTICE OF ELECTRONIC FILING** The document(s) will be served by the court via NEF and hyperlink to the document. On [type date], I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed above or on the attached service list is/are on the Electronic Mail Notice List to receive NEF transmission at the email

| | |
|---|---|
| 1 | addresses listed above or on the attached service list. |
| 2 | ☒ **FEDERAL** I declare that I am employed in the office of a member of the bar |
| 3 | of this court at whose direction the service was made. |

        /s/ Vicky Apodaca
        Vicky Apodaca